IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE WEEKS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-15-2211 |
| | : | |
| CYNTHIA LINK, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

## **ORDER**

January 7, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. In accordance with the Petitioner's Notice of Election (Doc. 6) to discontinue this action, the instant petition is **DEEMED WITHDRAWN**.

2. **DISMISSAL IS WITHOUT PREJUDICE** and Weeks may file another § 2254 petition raising all grounds for relief from his conviction within the one (1) year statutory period prescribed by 28 U.S.C. § 2244(d)(1).

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability.

5. Petitioner's motion (Doc. 5) seeking appointment of counsel is **DISMISSED AS MOOT**.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge